[No. 6676-9-II.   Division Two.   February 13, 1985.]

FINISTERRE LANDOWNERS ASSOCIATION, *Respondent,*
v. FINISTERRE, INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 74126, John H. Kirkwood, J., entered October 29, 1982. *Reversed* by unpublished opinion per Reed, J., concurred in by Worswick, C.J., and Petrich, J.

[Nos. 5685-6-III; 5725-9-III.   Division Three.   February 14, 1985.]

ACME–VICKREY, *Appellant,* v. THE PORT OF MOSES
LAKE, *Respondent,* BOVAY ENGINEERS, INC.,
ET AL, *Appellants,* HUNT CONTRACTING ·
COMPANY, ET AL, *Respondents.*

Appeals from a judgment of the Superior Court for Grant County, No. 30633-C, James D. Kendall, J., entered January 28 and March 16, 1983. *Affirmed in part* and *reversed in part* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Thompson, J.

[No. 6905-9-II.   Division Two.   February 14, 1985.]

*In the Matter of the Marriage of* JACK S. CYR, JR.,
*Appellant, and* SUSAN A. CYR, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 81-3-01373-8, Donald H. Thompson, J., entered February 4, 1983. *Affirmed* by unpublished opinion per Reed, J., concurred in by Worswick, C.J., and Petrich, J.